# In the United States District Court for the Southern District of Georgia
# Brunswick Division

PAUL MASSEY,

    Plaintiff,

v.

RGL ASSOCIATES, INC.,

    Defendant.

CV 222-035

## ORDER

On June 22, 2022, Plaintiff filed a notice of settlement, informing the Court that the parties had reached a settlement and would need approximately sixty days to finalize same. Dkt. No. 5. To date, no dismissal has been filed. The Court **ORDERS** Plaintiff to file, within **seven (7) days** of the date of this Order, a report regarding the status of settlement efforts and/or whether the parties are prepared to proceed with litigation.

**SO ORDERED**, this 24 day of August, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA